Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00085-CV

Mayra **OROZCO**,
Appellant

v.

**BEXAR COUNTY**,
Appellee

From County Court at Law No. 2, Bexar County, Texas
Trial Court No. 322424
Honorable Timothy Johnson, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   October 8, 2008

REVERSED AND REMANDED

The appellant filed an appeal from the trial court's granting of appellee's motion to dismiss and plea to the jurisdiction, in which she asks that the court's order be reversed and the cause remanded. Appellee has filed a letter with this court "acquiesc[ing] to any relief sought by [appellant] and respectfully ask[ing] this Court to grant" the requested relief. We therefore reverse the trial court's Order of November 1, 2007 and remand this cause to the trial court for further proceedings.

PER CURIAM